NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANNETTE RIVERA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3019

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110696-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 21-day extension of time, until March 2, 2012, to file its response brief. Annette Rivera opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 1 2012
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  Annette Rivera
     Sara B. Rearden, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 1 2012

**JAN HORBALY**
**CLERK**